Rafael G. Nendel-Flores, Esq., SBN 223358
Guillermo Tello, Esq., SBN 277896
Yesi Lagunas, Esq., SBN 316008
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178
rnendelflores@ClarkHill.com
gtello@ClarkHill.com
ylagunas@ClarkHill.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ, an individual,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>L3HARRIS TECHNOLOGIES, INC. d/b/a L3 OCEAN SYSTEMS, a Florida Corporation and DOES 1 through 50, Inclusive,<br><br>　　　　　　　Defendant. | Case No. 2:20-CV-09250<br><br>Assigned to:<br><br>**DECLARATION OF BETH HOFFMAN IN SUPPORT OF DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. §§ 1332 AND 1441 (A)**<br><br>*[Filed concurrently with Petition and Notice of Removal; Declaration of Scott D. McDougal; Civil Cover Sheet; Certificate of Interested Parties; and Corporate Disclosure Statement]*<br><br>Complaint Filed:　July 22, 2020<br>Trial Date:　　　Not yet set |

1

DECLARATION OF BETH HOFFMAN IN SUPPORT OF DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S PETITION AND NOTICE OF REMOVAL

## DECLARATION OF BETH HOFFMAN

I, Beth Hoffman , hereby declare, and state as follows:

1. This declaration is based on my personal knowledge, and if called upon to testify as to the facts set forth in this declaration, I could and would competently testify to them. To the extent this declaration is based upon business records, those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of Defendant L3Harris Technologies, Inc.'s ("L3Harris") business to prepare and maintain such records.

2. I hold the position of Legal Analyst at L3Harris. In my role, I am familiar with, and have access to, information and data regarding L3Harris and its officers and directors, subsidiaries and corporate structure.

3. L3Harris was at the time the Complaint was filed by Plaintiff Rachel E. Diaz ("Plaintiff"), and still is, a corporation incorporated under the laws of the State of Delaware.

4. L3Harris maintains its corporate headquarters at 1025 West NASA Boulevard, Melbourne, Florida, as publicly reported and from which L3Harris performs the vast majority of its corporate executive and administrative functions. As such, the majority of L3Harris' executive officers are based out of the headquarters in Melbourne, Florida, including the Chairman and Chief Executive Officer, the Vice Chairman, President and Chief Operating Officer, the Senior Vice President and Chief Financial Officer, the Vice President and Chief Human Resources Officer, the Senior Vice President, General Counsel and Corporate Secretary and the Vice President, Principal Accounting Officer.

/ / /

/ / /

/ / /

/ / /

1    I declare under penalty of perjury under the laws of the State of California and of
2 the United States of America that the foregoing is true and correct.
3    Executed on October 5, 2020 at Melbourne, Florida.

                                        *[signature]*
                                        BETH HOFFMAN