Rafael G. Nendel-Flores, Esq., SBN 223358
Guillermo Tello, Esq., SBN 277896
Yesi Lagunas, Esq., SBN 316008
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178
rnendelflores@ClarkHill.com
gtello@ClarkHill.com
ylagunas@ClarkHill.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ, an individual,<br><br>             Plaintiff,<br><br>   v.<br><br>L3HARRIS TECHNOLOGIES, INC. d/b/a L3 OCEAN SYSTEMS, a Florida Corporation and DOES 1 through 50, Inclusive,<br><br>             Defendant. | Case No. 2:20-CV-09250<br><br>Assigned to:<br><br>**DECLARATION OF SCOTT D. MCDOUGAL IN SUPPORT OF DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S PETITION AND NOTICE OF REMOVAL OF CIVIL ACTION TO UNITED STATES DISTRICT COURT UNDER 28 U.S.C. §§ 1332 AND 1441 (A)**<br><br>*[Filed concurrently with Petition and Notice of Removal; Declaration of Beth Hoffman; Civil Cover Sheet; Certificate of Interested Parties; and Corporate Disclosure Statement]*<br><br>Complaint Filed:   July 22, 2020<br>Trial Date:             Not yet set |

1

DECLARATION OF SCOTT D. MCDOUGAL IN SUPPORT OF DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S PETITION AND NOTICE OF REMOVAL

## DECLARATION OF SCOTT D. MCDOUGAL

I, SCOTT D. MCDOUGAL , hereby declare, and state as follows:

1. This declaration is based on my personal knowledge, and if called upon to testify as to the facts set forth in this declaration, I could and would competently testify to them. To the extent this declaration is based upon business records, those records are kept in the regular course of business, entries are made on those records in a timely manner by people with knowledge of the information being entered, and it is the regular practice of Defendant L3Harris Technologies, Inc.'s ("L3Harris") business to prepare and maintain such records.

2. I hold the position of Manager, Total Rewards at L3Harris, formerly, Harris Corporation and L3 Technologies. In my role, I am familiar with L3Harris and its related business entities, its business operations and corporate structure. In my position, I have access to information and data regarding L3Harris' business operations and information regarding L3Harris' personnel, payroll and employee benefits, among other records.

3. Based on L3Harris' records, Plaintiff Rachel E. Diaz ("Plaintiff") has worked for L3Harris in California since January 10, 2000.

4. Plaintiff's employment with L3Harris terminated on or about September 5, 2018. At the time her employment with L3Harris ended, Plaintiff would have continued earning an annual base salary of $110,191.77.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on October 6, 2020 at Argyle, Texas.

*/cott D. McDougal*
_____
SCOTT D. MCDOUGAL