Rafael G. Nendel-Flores, Esq., SBN 223358
Guillermo Tello, Esq., SBN 277896
Yesi Lagunas, Esq., SBN 316008
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone:   (213) 891-9100
Facsimile:    (213) 488-1178
rnendelflores@ClarkHill.com
gtello@ClarkHill.com
ylagunas@ClarkHill.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ, an individual,<br><br>                     Plaintiff,<br><br>        v.<br><br>L3HARRIS TECHNOLOGIES, INC.<br>d/b/a L3 OCEAN SYSTEMS, a Florida<br>Corporation and DOES 1 through 50,<br>Inclusive,<br><br>                     Defendants. | Case No.  2:20-CV-09250<br><br>Assigned to:<br><br>**DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1**<br><br>*[Filed concurrently with Petition and Notice of Removal; Declarations of Beth Hoffman and Scott D. McDougal; Civil Cover Sheet; and Corporate Disclosure Statement]*<br><br>Complaint Filed:   July 22, 2020<br>Trial Date:           Not yet set |

1

1

2

3

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFONIA AND TO PLAINTIFF AND HER COUNSEL OF RECORD:**

4

5

6

7

8

Pursuant to United States District Court for the Central District of California Local Rule 7.1-1, Defendant L3HARRIS TECHNOLOGIES, INC. ("Defendant") certifies that the following listed parties have a direct, pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

9

    1.    Defendant L3HARRIS TECHNOLOGIES, INC.

10

    2.    Plaintiff RACHEL E. DIAZ, an individual.

11

12

Dated:  October 8, 2020           CLARK HILL LLP

13

14

By:   */s/ Guillermo M. Tello*

15

Rafael G. Nendel-Flores
Guillermo Tello
Yesi Lagunas

16

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

17

18

19

20

21

22

23

24

25

26

27

28

DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S CERTIFICATE OF INTERESTED PARTIES PURSUANT TO LOCAL RULE 7.1-1