Rafael G. Nendel-Flores, Esq., SBN 223358
Guillermo Tello, Esq., SBN 277896
Yesi Lagunas, Esq., SBN 316008
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone:  (213) 891-9100
Facsimile:   (213) 488-1178
rnendelflores@ClarkHill.com
gtello@ClarkHill.com
ylagunas@ClarkHill.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ, an individual,<br><br>               Plaintiff,<br><br>   v.<br><br>L3HARRIS TECHNOLOGIES, INC. d/b/a L3 OCEAN SYSTEMS, a Florida Corporation and DOES 1 through 50, Inclusive,<br><br>               Defendant. | Case No. 2:20-CV-09250<br><br>Assigned to:<br><br>**DEFENDANT L3HARRIS TECHNOLOGIES, INC.'S CORPORATE DISCLOSURE STATEMENT PURSUANT TO F.R.C.P. 7.1**<br><br>*[Filed concurrently with Petition and Notice of Removal; Declarations of Beth Hoffman and Scott D. McDougal; Civil Cover Sheet; and Certificate of Interested Parties]*<br><br>Complaint Filed:  July 22, 2020<br>Trial Date:             Not yet set |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, TO PLAINTIFF AND TO HER COUNSEL OF RECORD:**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel of record for Defendant L3HARRIS TECHNOLOGIES, INC. ("L3Harris")

certifies that there is no publicly held corporation that owns ten percent or more of L3Harris' stock.

Dated: October 8, 2020                              CLARK HILL LLP

By: */s/ Guillermo M. Tello*
Rafael G. Nendel-Flores
Guillermo Tello
Yesi Lagunas
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.