# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ <br><br> PLAINTIFF(S)/PETITIONER(S) <br> v. <br><br> L3HARRIS TECHNOLOGIES, INC. <br><br> DEFENDANT(S)/RESPONDENTS(S) | CASE NUMBER <br><br> CV 20-9250 CAS (KSx) <br><br> **ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO GENERAL ORDER 19-03** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The undersigned holds a financial interest in defendant.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with General Order 19-03.

This self-recusal has been Ordered:
- ☑ within 120 days of the Court being assigned said case.
- ☐ after 120 days of the Court being assigned said case.

October 12, 2020                                  *Christine A. Snyder*
Date                                              United States District Judge/Magistrate Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge **John F. Walter**. On all documents subsequently filed in this case, please substitute the initials **JFW** after the case number in place of the initials of the prior judge so that the case number will read: **2:20-cv-09250 JFW(KSx)**.

This is very important because documents are routed to the assigned judge by means of the initials.

cc:   ☐ Previous Judge     ☐ Statistics Clerk