Rafael G. Nendel-Flores, Esq., SBN 223358
Guillermo Tello, Esq., SBN 277896
Yesi Lagunas, Esq., SBN 316008
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
rnendelflores@ClarkHill.com
gtello@ClarkHill.com
ylagunas@ClarkHill.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ, an individual, | Case No. 2:20-CV-09250-JFW-KS |
| Plaintiff, | Assigned to: *Hon. John F. Walter*<br>Magistrate Judge: *Hon. Karen L. Stevenson* |
| v. | |
| L3HARRIS TECHNOLOGIES, INC. d/b/a L3 OCEAN SYSTEMS, a Florida Corporation and DOES 1 through 50, Inclusive, | **NOTICE OF ORDER SETTING SCHEDULING CONFERENCE AND SERVICE OF STANDING ORDER** |
| Defendant. | Complaint Filed: July 22, 2020<br>Trial Date: Not yet set |

**TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA, TO PLAINTIFF AND TO HER COUNSEL OF RECORD:**

PLEASE TAKE NOTICE THAT a Standing Order (Doc. 9) was issued on October 14, 2020 in the above-captioned action. A copy of the Standing Order is attached hereto as **Exhibit A**.

/ / /

/ / /

PLEASE TAKE FURTHER NOTICE THAT a Scheduling Conference has been set for November 16, 2020 at 1:15 p.m. before the Honorable John F. Walter in Courtroom 7A of the above-captioned Court, located at 350 W. 1st Street, Los Angeles, CA 90012.  A copy of the Court Order (Doc. 10) is attached hereto as **Exhibit B**.

Dated:  October 15, 2020

CLARK HILL LLP

By: */s/ Guillermo M. Tello*
    Rafael G. Nendel-Flores
    Guillermo Tello
    Yesi Lagunas
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.