# PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 years and not a party to the within action; my business address is 1055 West Seventh Street, Suite 2400, Los Angeles, California 90017.

On **October 15, 2020**, I served the foregoing document(s) described as: **NOTICE OF ORDER SETTING SCHEDULING CONFERENCE AND SERVICE OF STANDING ORDER** on the interested parties in this action by placing the true copies thereof enclosed in a sealed envelope(s) addressed as follows:

| | |
|---|---|
| Theida Salazar, Esq.<br>Salazar Law Group<br>2140 North Hollywood Way, #7192<br>Burbank, CA 91510<br>Email: salazarlawgroup@gmail.com | *Attorneys for Plaintiff*<br>RACHEL E. DIAZ |

**[ X ] BY MAIL:** I caused such envelope to be deposited in the mail at Los Angeles, CA 90017. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter day is more than 1 day after date of expiration of deposit for mailing in affidavit.

**[ X ] (FEDERAL)** I declare under penalty of perjury under the laws of the United States of America that the above is true and correct.

Executed on **October 15, 2020**, at Los Angeles, California.

*/s/ Graciela Anchante*
Graciela Anchante