Rafael G. Nendel-Flores, Esq., SBN 223358
Guillermo Tello, Esq., SBN 277896
Yesi Lagunas, Esq., SBN 316008
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone:   (213) 891-9100
Facsimile:   (213) 488-1178
rnendelflores@ClarkHill.com
gtello@ClarkHill.com
ylagunas@ClarkHill.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ, an individual, | Case No. 2:20-CV-09250-JFW-KS |
| Plaintiff, | Assigned to: *Hon. John F. Walter* <br> Magistrate Judge: *Hon. Karen L. Stevenson* |
| v. | **DECLARATION OF LEAD TRIAL COUNSEL** |
| L3HARRIS TECHNOLOGIES, INC. d/b/a L3 OCEAN SYSTEMS, a Florida Corporation and DOES 1 through 50, Inclusive, | |
| Defendant. | Complaint Filed:   July 22, 2020 <br> Trial Date:           Not yet set |

1

Case No. 2:20-CV-09250-JFW-KS

DECLARATION OF LEAD TRIAL COUNSEL

## DECLARATION OF GUILLERMO M. TELLO

I, Guillermo M. Tello, hereby declare and state as follows:

1. I am an attorney at law duly licensed to practice before all of the California State Courts and I am admitted to practice in the U.S. District Court for the Central District of California.

2. I am a member with Clark Hill, PLC, attorneys of record and lead counsel for Defendant L3HARRIS TECHNOLOGIES, INC. ("L3Harris"). I am currently working out of Orange County, California due to my firm's office closure as a result of COVID19 social distancing requirements.

3. This declaration is based on my personal knowledge, and if called upon to testify as to the facts set forth in this declaration, I could and would competently testify to them.

4. As of the date of the filing of this declaration, I am a registered CM/ECF User of the United States District Court for the Central District of California.

5. My e-mail address of record is GTello@ClarkHill.com.

6. I have read the Court's Standing Order (Doc. 9) in the above-entitled matter and the Local Rules of the above-captioned Court.

I declare under penalty of perjury under the laws of the State of California and of the United States of America that the foregoing is true and correct.

Executed on October 26, 2020 at Anaheim, CA.

*/s/ Guillermo M. Tello*
Guillermo M. Tello