Theida Salazar, Esq., SBN 295547
Law Offices of Theida Salazar
2140 North Hollywood Way, # 7190
Burbank, CA 91510
Telephone: (818) 433-7290
Facsimile: (818) 436-4009
salazarlawgroup@gmail.com

Attorneys for Plaintiff
RACHEL E. DIAZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>L3HARRIS TECHNOLOGIES, INC. d/b/a L3 OCEAN SYSTEMS, a Florida Corporation and DOES 1 through 50, Inclusive,<br><br>Defendant. | Case No. 2:20-CV-09250-JFW-KS<br><br>Assigned to: *Hon. John F. Walter*<br>Magistrate Judge: *Hon. Karen L. Stevenson*<br><br>**DECLARATION OF LEAD TRIAL COUNSEL**<br><br>Complaint Filed: July 22, 2020<br>Trial Date: Not yet set |

# DECLARATION OF THEIDA SALAZAR

I, Theida Salazar, hereby declare and avers as follows:

1. I am an attorney duly licensed to practices before all of the California Courts. I am admitted to practice in the U.S. District Courts (Central, Southern and Northern) of California.

2. I am the counsel for Plaintiff and lead counsel for Ms. Rachel E. Diaz on this matter. I am working out of Los Angeles County, California.

3. This declaration is based on my personal knowledge and belief and if called to testify regarding the facts herein, I could and would do so willingly and competently.

4. As of the date of filing this declaration, I am a registered CM/ECF User of the United States District Court for the Central, Northern and Southern Districts of California.

5. My email address is salazarlawgroup@gmail.com

6. I have read the Court's Standing Order (Doc. 9) in this matter and the Local Rules of this Honorable Court.

I declare under penalty of perjury of the laws of the State of California and the United States of America that the aforementioned is true and accurate.

Dated: October 26, 2020

SALAZAR LAW GROUP

By: _____
Theida Salazar
Attorneys for Plaintiff
RACHEL E. DIAZ

2                              Case No. 2:20-CV-09250-JFW-KS
DECLARATION OF LEAD TRIAL COUNSEL