Theida Salazar, Esq., SBN 295547
**SALAZAR LAW GROUP**
2140 North Hollywood Way, #7192
Burbank, CA 91510
Telephone: (818) 433-7290
Facsimile: (818) 436-4009
salazarlawgroup@gmail.com

Attorneys for Plaintiff
RACHEL E. DIAZ

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ, an individual, | Case No. 2:20-CV-09250-JFW-KS |
| Plaintiff, | Assigned to: *Hon. John F. Walter*<br>Magistrate Judge: *Hon. Karen L. Stevenson* |
| v. | |
| L3HARRIS TECHNOLOGIES, INC. d/b/a L3 OCEAN SYSTEMS, a Florida Corporation and DOES 1 through 50, Inclusive, | **PLAINTIFFS CERTIFICATE OF INTERESTED PARTIES PURSUANT TO RULE 7.1-1** |
| Defendant. | Complaint Filed: July 22, 2020<br>Trial Date: Not yet set |

**TO THIS HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

Pursuant to United States District Court for the Central District Local Rule 7.1-1, Plaintiff RACHEL E. DIAZ ("Plaintiff") certifies that the following listed parties have a direct pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

**1.** Defendant L3HARRIS TECHNOLOGIES, INC.

**2.** L3 MARIPRO, Inc. a subsidiary of Defendant

**3.** Plaintiff RACHEL E. DIAZ

Dated:  November 4, 2020          SALAZAR LAW GROUP

By: */s/ Theida Salazar*
  Theida Salazar, Esq.
  Attorneys for Plaintiff
  RACHEL E. DIAZ