Rafael G. Nendel-Flores, Esq., SBN 223358
Guillermo Tello, Esq., SBN 277896
Yesi Lagunas, Esq., SBN 316008
**CLARK HILL LLP**
1055 West Seventh Street, Suite 2400
Los Angeles, CA 90017
Telephone: (213) 891-9100
Facsimile: (213) 488-1178
rnendelflores@ClarkHill.com
gtello@ClarkHill.com
ylagunas@ClarkHill.com

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

RACHEL E. DIAZ, an individual,

Plaintiff,

v.

L3HARRIS TECHNOLOGIES, INC. d/b/a L3 OCEAN SYSTEMS, a Florida Corporation and DOES 1 through 50, Inclusive,

Defendant.

Case No. 2:20-CV-09250-JFW-KS

Assigned to: *Hon. John F. Walter*
Magistrate Judge: *Hon. Karen L. Stevenson*

**Joint Stipulation For Dismissal Of Plaintiff's Seventh Cause Of Action With Prejudice**

[Filed concurrently with Proposed Order]

Complaint Filed: July 22, 2020
Trial Date: November 2, 2021

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

IT IS HEREBY STIPULATED, by and between Plaintiff RACHEL E. DIAZ ("Plaintiff"), on one hand, and Defendant L3HARRIS TECHNOLOGIES, INC. ("Defendant"), on the other, (collectively Plaintiff and Defendant are referred to as the "Parties") as follows:

/ / /

/ / /

## RECITALS

WHEREAS, on July 22, 2020, Plaintiff filed her Complaint against Defendant asserting eight causes of action: (1) First Cause of Action for Disability Discrimination; 2) Second Cause of Action for Whistleblower Retaliation; (3) Third Cause of Action for Retaliation; (4) Fourth Cause of Action for Failure to Prevent Retaliation; (5) Fifth Cause of Action for Failure to Prevent Discrimination (6) Sixth Cause of Action for Negligent Supervision and Training; (7) Seventh Cause of Action for Vicarious Liability Pursuant to Gov. Code 815.2(a); and (8) Eighth Cause of Action for Negligent Infliction of Emotional Distress;

WHEREAS on October 8, 2020, Defendant filed its Answer in response to the Complaint;

WHEREAS pursuant to Local Rule 7-3 and Judge Walter's Standing Orders the Parties met and conferred telephonically regarding Plaintiff's Sixth, Seventh, and Eighth causes of action. Specifically, as to Plaintiff's Seventh cause of action, Defendant informed Plaintiff that the Seventh cause of action strictly applies only to a public entity employer and thus cannot be maintained against Defendant, a private entity employer;

WHEREAS Plaintiff agreed to dismiss her Seventh cause of action for Vicarious Liability Pursuant to Gov. Code 815.2(a);

WHEREAS the Parties agree that to preserve judicial resources, Plaintiff need not file an amended pleading and Defendant need not file an amended answer.

## STIPULATION

NOW THEREFORE, Plaintiff and Defendant have agreed and hereby stipulate to dismiss, with prejudice, Plaintiff's Seventh Cause of Action for Vicarious Liability Pursuant to Gov. Code 815.2(a).

/ / /

/ / /

FURTHER, the Parties stipulate that Plaintiff's Seventh cause of action will be stricken in its entirety from the Complaint, but Plaintiff need not file an amended Complaint. Similarly, the Parties stipulate that Defendant need not file an amended Answer to the Complaint.

**IT IS SO STIPULATED.**

Dated: November 1 2, 2020

CLARK HILL LLP

By: */s/ Guillermo M. Tello*
Rafael G. Nendel-Flores
Guillermo Tello
Yesi Lagunas
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

Dated: November 12, 2020

SALAZAR LAW GROUP

By: [signature]
Theida Salazar
Attorney for Plaintiff
RACHEL E. DIAZ