1  Rafael G. Nendel-Flores, Esq., SBN 223358
   Guillermo Tello, Esq., SBN 277896
2  Yesi Lagunas, Esq., SBN 316008
   **CLARK HILL LLP**
3  1055 West Seventh Street, Suite 2400
   Los Angeles, CA 90017
4  Telephone:  (213) 891-9100
   Facsimile:   (213) 488-1178
5  rnendelflores@ClarkHill.com
   gtello@ClarkHill.com
6  ylagunas@ClarkHill.com

7  Attorneys for Defendant
   L3HARRIS TECHNOLOGIES, INC.

8

9
                    **UNITED STATES DISTRICT COURT**
10
                    **CENTRAL DISTRICT OF CALIFORNIA**
11

12  RACHEL E. DIAZ, an individual,          Case No. 2:20-CV-09250-JFW-KS

13                        Plaintiff,         Assigned to: *Hon. John F. Walter*
                                             Magistrate Judge: *Hon. Karen L. Stevenson*
14        v.
                                             **[PROPOSED] ORDER GRANTING
15  L3HARRIS TECHNOLOGIES, INC.              JOINT STIPULATION FOR
    d/b/a L3 OCEAN SYSTEMS, a Florida        DISMISSAL OF PLAINTIFF'S
16  Corporation and DOES 1 through 50,       SEVENTH CAUSE OF ACTION WITH
    Inclusive,                               PREJUDICE**
17
                        Defendant.           [Filed concurrently with Joint Stipulation]
18
                                             Complaint Filed:   July 22, 2020
19                                           Trial Date:        November 2, 2021

20

21

22

23

24

25

26

27

28

                                       1
                                                    Case No. 2:20-CV-09250-JFW-KS

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

## [PROPOSED] ORDER

Upon review of the Joint Stipulation for Dismissal of Plaintiff's Seventh Cause of Action With Prejudice ("Joint Stipulation"), in the above referenced matter, jointly submitted by Plaintiff Rachel E. Diaz and Defendant L3Harris Technologies, Inc. (collectively, the "Parties"), and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that the Parties Joint Stipulation is GRANTED and Plaintiff's Seventh Cause of Action for Vicarious Liability Pursuant to Government Code 815.2(a) is hereby stricken from the Complaint and Dismissed WITH PREJUDICE.

IT IS HEREBY FURTHER ORDERED that Plaintiff need not file an amended Complaint and Defendant need not file an amended Answer.

**IT IS SO ORDERED.**


Dated: November _____, 2020                _____

                                           Hon. John F. Walter