1  Rafael G. Nendel-Flores, Esq., SBN 223358
   Guillermo Tello, Esq., SBN 277896
2  Yesi Lagunas, Esq., SBN 316008
   **CLARK HILL LLP**
3  1055 West Seventh Street, Suite 2400
   Los Angeles, CA 90017
4  Telephone:  (213) 891-9100
   Facsimile:   (213) 488-1178
5  rnendelflores@ClarkHill.com
   gtello@ClarkHill.com
6  ylagunas@ClarkHill.com

7  Attorneys for Defendant
   L3HARRIS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ, an individual,<br><br>　　　　　　Plaintiff,<br><br>　v.<br><br>L3HARRIS TECHNOLOGIES, INC. d/b/a L3 OCEAN SYSTEMS, a Florida Corporation,<br><br>　　　　　　Defendant. | Case No. 2:20-CV-09250-JFW-KSx<br><br>Assigned to: *Hon. John F. Walter*<br>Magistrate Judge: *Hon. Karen L. Stevenson*<br><br>**ORDER GRANTING JOINT STIPULATION FOR DISMISSAL OF PLAINTIFF'S SEVENTH CAUSE OF ACTION WITH PREJUDICE**<br><br>[Filed concurrently with Joint Stipulation]<br><br>Complaint Filed:  July 22, 2020<br>Trial Date:　　　November 2, 2021 |

## ORDER

Upon review of the Joint Stipulation for Dismissal of Plaintiff's Seventh Cause of Action With Prejudice ("Joint Stipulation"), in the above referenced matter, jointly submitted by Plaintiff Rachel E. Diaz and Defendant L3Harris Technologies, Inc. (collectively, the "Parties"), and good cause appearing therefrom,

**IT IS HEREBY ORDERED** that the Parties Joint Stipulation is GRANTED and Plaintiff's Seventh Cause of Action for Vicarious Liability Pursuant to Government Code 815.2(a) is hereby stricken from the Complaint and Dismissed WITH PREJUDICE.

IT IS HEREBY FURTHER ORDERED that Plaintiff need not file an amended Complaint and Defendant need not file an amended Answer.

**IT IS SO ORDERED.**

Dated: November 13, 2020

_____
Hon. John F. Walter