| | |
|---|---|
| 1 | Rafael G. Nendel-Flores, Esq., SBN 223358 |
| 2 | Guillermo Tello, Esq., SBN 277896 |
|   | Yesi Lagunas, Esq., SBN 316008 |
| 3 | **CLARK HILL LLP** |
|   | 1055 West Seventh Street, Suite 2400 |
| 4 | Los Angeles, CA 90017 |
|   | Telephone:  (213) 891-9100 |
| 5 | Facsimile:   (213) 488-1178 |
|   | rnendelflores@ClarkHill.com |
| 6 | gtello@ClarkHill.com |
|   | ylagunas@ClarkHill.com |

Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RACHEL E. DIAZ, an individual, | Case No. 2:20-CV-09250-JFW-KS |
| Plaintiff, | Assigned to: *Hon. John F. Walter* |
|  | Magistrate Judge: *Hon. Karen L. Stevenson* |
| v. | **JOINT REPORT REGARDING RESULTS OF PRIVATE MEDIATION** |
| L3HARRIS TECHNOLOGIES, INC. d/b/a L3 OCEAN SYSTEMS, a Florida Corporation and DOES 1 through 50, Inclusive, | |
| Defendant. | Complaint Filed:   July 22, 2020 |
|  | Trial Date:         November 2, 2021 |

**TO THE HONORABLE COURT AND TO ALL PARTIES AND THEIR COUNSEL OF RECORD:**

The parties, Defendant L3HARRIS TECHNOLOGIES, INC. ("Defendant" or "L3Harris") and Plaintiff RACHEL E. DIAZ ("Plaintiff") (collectively the "Parties"), by and through their respective counsel of record, jointly file this report pursuant to Judge John F. Walter's Order dated November 5, 2020.

On April 27, 2021, the Parties held a private mediation before the Honorable Michael D. Marcus (Ret.). Counsels of record, Plaintiff, and Defendant's representative with full authority to negotiate a settlement and execute an agreement to resolve all of

the issues in this matter participated in the mediation. The parties did not settle at the end of the mediation session but on April 29, 2020, the Parties reached a settlement. The Parties are now in the process of drafting a settlement agreement and general release inclusive of all necessary terms and conditions of the agreed to settlement.

The Parties anticipate finalizing and fully executing the settlement agreement and general release within the next week to ten days. The Parties anticipate filing a Joint Stipulation of Dismissal with prejudice within 45 to 60 days of the filing of this report.

Dated: May 7, 2021       CLARK HILL LLP

By: */s/ Guillermo Tello*
Rafael G. Nendel-Flores
Guillermo Tello
Yesi Lagunas
Attorneys for Defendant
L3HARRIS TECHNOLOGIES, INC.

Dated: May 7, 2021       SALAZAR LAW GROUP

By: _____
Theida Salazar
Attorneys for Plaintiff
RACHEL E. DIAZ